AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jeffery Michael Hass<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 9:15MJ 43<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 3, 2015__ in the county of __Sabine__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Craig Redden

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Craig Redden, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/9/15

*Judge's signature*

City and state: Tyler, Texas

K. Nicole Mitchell, United States Magistrate Judge
*Printed name and title*